UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kathleen A. Bielen, | Case No. 19-cv-0872 (WMW/HB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Rochester Police Dept., et al. | |
| Defendants. | |

This matter is before the Court on the October 28, 2019 Report and Recommendation (R&R) of United States Magistrate Judge Hildy Bowbeer. (Dkt. 35.) Because no objection to the R&R has been filed, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R, the foregoing analysis, and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The October 28, 2019 R&R, (Dkt. 35), is **ADOPTED**.

2. The matter is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

3. The Defendants' motions to dismiss, (Dkts. 7, 13), are **DENIED AS MOOT**.[1]

---

[1] In light of the Court's ruling on the October 28, 2019 R&R, the August 22, 2019 R&R, (Dkt. 31), also is moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 10, 2019                             s/Wilhelmina M. Wright
                                                     Wilhelmina M. Wright
                                                     United States District Judge